# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL DOUGHERTY** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 23-100 |
| | : | |
| **FRED BEANS HOLDINGS, INC., FRED BEANS AUTOMOTIVE GROUP, FRED BEANS CADILLAC-OLDSMOBILE, INC.** | : : : : | |

## ORDER

**AND NOW**, this 18th day of August 2023, upon considering the stipulation to extend deadlines (DI 30), noting that good cause was not shown, but on the assumption that the parties require more time for discovery in light of our denial of the motion to stay, it is **ORDERED** the stipulation to extend deadlines (DI 30) is **APPROVED** and we **amend** our May 3, 2023 scheduling order (DI 20) as follows:

1. All fact discovery shall be completed no later than **October 31, 2023**.

2. Affirmative expert reports shall be served no later than **October 2, 2023**. Responsive expert reports, if any, shall be served no later than **October 24, 2023**. Expert depositions, if any, shall be concluded no later than **October 31, 2023**.

3. This matter is **referred** to Magistrate Judge Carol Sandra Moore Wells for all settlement purposes. Counsel shall participate in a settlement conference before Magistrate Judge Carol Sandra Moore Wells. The parties shall contact Magistrate Judge Wells's Chambers to schedule the settlement conference for a time that Magistrate Judge Wells deems appropriate.

4. Motions for summary judgment shall be filed no later than **December 1, 2023**. Responses shall be filed no later than **December 15, 2023**. Motions for summary judgment and responses shall be filed in the form prescribed in Judge Murphy's Scheduling and Motion Policies

and Procedures.

     5.     Further dates will be scheduled as needed, at a later time.

     6.     **There will be no further extensions absent extraordinary justification.**

                                                                     **MURPHY, J.**