IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL DOUGHERTY | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 23-100 |
| | : | |
| FRED BEANS HOLDINGS, INC., FRED BEANS AUTOMOTIVE GROUP, FRED BEANS CADILLAC-OLDSMOBILE, INC. | : : : : | |

## ORDER

    **AND NOW**, this 9th day of April 2024, upon considering our September 8, 2023 order staying the case and placing it into suspense pending resolution of the appeal (DI 41), and the United States Court of Appeals for the Third Circuit's order (DI 43), it is **ORDERED** the Clerk of Court shall **remove** this case from suspense, **lift** the stay, and **close** this case.

_/s/ John F. Murphy_
MURPHY, J.